UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE LYNN MOTES,

      Plaintiff,

v.                                                             Case No:  6:12-cv-852-Orl-36GJK

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on May 9, 2013 (Doc. 18).  In the Report and Recommendation, Magistrate Judge Kelly recommends that the Court reverse and remand this case to the Social Security Administration for further proceedings.  *See* Doc. 18.  Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that, based on the record, the Court cannot conclude that the decision of the Administrative Law Judge ("ALJ") is supported by substantial evidence.  *See id*.  First, Dr. Carraway's January 19, 2010 medical opinion adopted the October 30, 2008 opinion of Ms. Bell, a certified physician's assistant.  *See id.* at 15–16.  Therefore, the ALJ should have considered Ms. Bell's opinion as having been provided by an acceptable medical source.  *See id*.  Second, the ALJ did not state with particularity the weight given to either opinion.  *See id.* at 16.  Moreover, the justifications that the ALJ provided for discounting the opinions are not supported by substantial evidence, nor did the ALJ establish good cause for rejecting the opinions.  *See id.* at 16–18.  Finally, the ALJ did not state with particularity the weight given to the opinion of Dr. Bowden.  *See id.* at 18.  The Court further agrees with the

Magistrate Judge that these errors warrant reversal and remand for further proceedings before the Commissioner. *See id.* at 19. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The decision of the Commissioner is hereby **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to **close** this file.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Gregory J. Kelly

2