**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHANIE LYNN MOTES,**

        **Plaintiff,**

**v.**                                                            **Case No: 6:12-cv-852-Orl-36GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on July 17, 2013 (Doc. 21). In the Report and Recommendation, Magistrate Judge Kelly recommends that Plaintiff Stephanie Lynn Motes' ("Plaintiff") Uncontested Motion for Attorney Fees be granted in part and denied in part, and that the Court award attorneys' fees to be paid directly to Plaintiff in the amount of $4,397.60. *See* Doc. 21. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that Plaintiff is entitled to an award of attorneys' fees as a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $4,397.60. *See id*. The Court also agrees that the award should be paid directly to Plaintiff, rather than her counsel, because Plaintiff's counsel has failed to show that the purported assignment of attorneys' fees by Plaintiff to her counsel (Doc. 20-1) complies with the requirements of 31 U.S.C. § 3727(b). *See* Doc. 21. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent

examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff Stephanie Lynn Motes' Uncontested Motion for Attorney Fees (Doc. 20) is **GRANTED in part** and **DENIED in part**:

    a. Attorneys' fees in the amount of **$4,397.60** shall be awarded for the work performed by Richard A. Culbertson and Sarah Fay under the Equal Access to Justice Act, 28 U.S.C. § 2142(d). The payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government may, *but is not required to*, accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel; if the Government does not accept Plaintiff's assignment of EAJA fees, payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

3. The Clerk shall enter a Judgment as to Attorneys' Fees awarding attorneys' fees to Plaintiff in the amount of **$4,397.60** under the Equal Access to Justice Act, 28 U.S.C. § 2142(d).

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2013.

Charlene Edwards Honeywell
United States District Judge

3

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Gregory J. Kelly