UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE LYNN MOTES,

     Plaintiff,

v.                                                                          Case No: 6:12-cv-852-Orl-36GJK

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

                                        /

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on March 14, 2016 (Doc. 25).  In the Report and Recommendation, Magistrate Judge Kelly recommends that the Motion to Charge a Reasonable Fee (Doc. No. 24) be GRANTED and that counsel be authorized to charge and collect from Plaintiff the sum of $7,430.90 in § 406(b) fees.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Richard A. Culbertson's Uncontested Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 24) is **GRANTED.**

(3)    Counsel is authorized to charge and collect from Plaintiff the reasonable sum of $7,430.90 in § 406(b) fees.

**DONE AND ORDERED** at Tampa, Florida on April 4, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record